UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIS DAVIS, K70724,

Plaintiff,

v.

M. BALBONA, M.D., et al.,

Defendant(s).

Case No. 23-cv-05999-CRB  (PR)

**ORDER OF DISMISSAL**

On March 25, 2024, the court screened plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 alleging that Correctional Training Facility doctors M. Balbona and S. Posson have failed to provide him with adequate treatment and reasonable accommodations for his scoliosis and dismissed the complaint with leave to amend to set forth specific facts showing how each named individual defendant was deliberately indifferent to plaintiff's serious medical needs, if possible.  The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days of this order] will result in the dismissal of this action." ECF No. 8 at 3.

More than 38 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  May 3, 2024

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California