UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIS DAVIS, K70724,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

Defendant(s).

Case No. 23-cv-05999-CRB  (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order granting Defendant California Department of Corrections and Rehabilitation's motion for summary judgment, judgment is entered in favor of defendant(s) and against plaintiff.

Each party shall bear their own costs.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 8, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California